THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO. C16-993-JLR |
| Plaintiff, | |
| v. | JUDGMENT |
| KEY DISPOSAL, INC., a California corporation, | |
| Defendant. | |

## Summary of Judgment

Judgment Creditor:     Northwest Administrators, Inc.
Judgment Debtor:       Key Disposal, Inc.

**Amounts Payable to Plaintiff Fund**
Unpaid Contributions:                          $14,451.26
Liquidated Damages                              $2,890.25
Interest through August 24, 2016                   $71.79
Interest thereafter (on unpaid
  contributions only)                          4% per annum
Attorneys Fees:                                   $752.55
Costs to file/serve lawsuit:                      $650.96

Other Recovery Amounts:                           NONE
Interest Rate on Costs:                           NONE
Attorneys for Judgment
  Creditor:                    Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J.

JUDGMENT – C16-993-JLR
Page 1 of 2
G:\01-01999\411\Key Disposal Inc. 216978-216980 5-16-\Default Judgment - JUDGMENT.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of Christine Arnold, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 396, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period May 2016 through July 2016: for contributions of $14,451.26, for liquidated damages of $2,890.25, for pre-judgment interest of $71.79, for attorneys' fees of $752.55, and for costs of $650.96, all for a total of $18,816.81.

JUDGMENT ENTERED this 1ST day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiff

JUDGMENT – C16-993-JLR
Page 2 of 2
G:\01-01999\411\Key Disposal Inc. 216978-216980 5-16-\Default Judgment - JUDGMENT.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925